# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KELLYANN A. MCKENZIE

_____

Write the full name of each plaintiff.

-against-

CHAD WARREN
STEPPING STONE PRE &
GRADE SCHOOL

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No



---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   Federal Question

☐   Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_RIGHT TO A PROPER EDUCATION_

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _KELLYANN MCKENZIE_ , is a citizen of the State of
(Plaintiff's name)

_MASSACHUSETTS_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, CHAO WARREN /GLADE SCHOOL, is a citizen of the State of
_STEPPING STONE_
_PRE +_
(Defendant's name)

NEW YORK

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, STEPPING STONE GRADE SCHOOL, is incorporated under the laws of
_PRE +_
_GRADE_

the State of NEW YORK

and has its principal place of business in the State of NEW YORK

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

KELLYANN                A.                MCKENZIE
First Name              Middle Initial    Last Name

2 PINE STREET APT 3 #108
Street Address

HAMPSHIRE, HUNTINGTON              MA              01050
County, City                       State           Zip Code

413-291-3879                       KANMCKENZIE@GMAIL.COM
Telephone Number                   Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    CHAD          WARREN
_____
First Name              Last Name
           OWNER
_____
Current Job Title (or other identifying information)
    114-28    FRANCIS LEWIS BLVD
_____
Current Work Address (or other address where defendant may be served)
QUEENS  CAMBRIA  HEIGHTS ,NY    11411
_____
County, City              State         Zip Code

Defendant 2:    STEPPING  STONE  PRE + GRADE SCHOOL
_____
First Name              Last Name

_____
Current Job Title (or other identifying information)
    114-28   FRANCIS LEWIS BLVD
_____
Current Work Address (or other address where defendant may be served)
QUEENS CAMBRIA HEIGHTS ,NY  11411
_____
County, City              State         Zip Code

Defendant 3:
_____
First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State         Zip Code

Page 4

Defendant 4: _____

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: CAMBRIA HEIGHTS, NY

Date(s) of occurrence: JAN - JUNE 2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

THE COMPLAINT OF THE PLAINTIFF KELLYANN MCKENZIE, RESPECTFULLY SHOWS AND ALLEGES AS FOLLOWS:

1. THE PLAINTIFF HEREIN KELLYANN MCKENZIE IS A RESIDENT OF THE STATE OF MASSACHUSETTS KELLYANN MCKENZIE RESIDES AT 2 PINE STREET APT. 3 #108 HUNTINGTON, MA 01050.

2. THE DEFENDANT HEREIN CHAD WARREN / STEPPING STONE PRE + GRADE SCHOOL HAS A PRINCIPAL PLACE OF BUSINESS AT 114-28 FRANCIS LEWIS BLVD. CAMBRIA HEIGHTS, NY 11411. DEFENDANT IS ENGAGED IN THE BUSINESS OF CHILDHOOD EDUCATION.

3. PLAINTIFF MCKENZIE DESIRED A GOOD PRIVATE EDUCATION FOR HER DAUGHTER K.M.M.

Page 5

4.    IN OR ABOUT SEPTEMBER OF 2020, PLAINTIFF'S DAUGHTER WAS ENTERING THE SECOND GRADE AT THE SCHOOL. PLAINTIFF NOTICED THAT DAUGHTER WAS NOT PERFORMING WELL DOING HOMEWORK AND PHONED THE SCHOOL INQUIRING ABOUT DAUGHTERS PERFORMANCE. PLAINTIFF WAS TOLD BY INSTRUCTOR THAT DAUGHTER'S READING, MATH, AND LANGUAGE ARTS WERE ALL NOT UP TO PAR. ALMOST AS IF SHE SHOULD NOT HAVE BEEN PROMOTED TO THE SECOND GRADE.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PSYCHOLOGICAL TRAUMA, AGGRAVATION OF PLAINTIFF'S BI-POLAR 2 DISORDER, BRAIN DAMAGE TO PLAINTIFF'S DAUGHTER THAT CAUSED READING PROBLEMS TO THE PRESENT, SHOCK THAT COULD HAVE CAUSED A HEART ATTACK PLAINTIFF NOT ABLE TO COMPLETE REAL ESTATE CLASS

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

WHEREFORE PLAINTIFF DEMANDS JUDGEMENT AGAINST DEFENDANT IN THE SUM OF $4,000,000 TOGETHER WITH ANY OTHER RELIEF THE COURT FINDS TO BE JUST AND PROPER.

5. PLAINTIFF'S DAUGHTER'S TEACHER HAD CANCER AT THE TIME AND DIED SHORTLY AFTER INFORMING PLAINTIFF OF WHAT WAS GOING ON. PLAINTIFF SPOKE WITH THE FIRST GRADE TEACHER AND DEFENDANT CHAD WARREN RIGHT BEFORE THE TEACHER PASSED AWAY.

6. PLAINTIFF ENROLLED DAUGHTER IN TUTORING WITH VARSITY TUTORS AND A LOCAL PRIVATE TUTOR. IT WAS EVIDENT THAT PLAINTIFF'S DAUGHTER WAS NOT UP TO STANDARDS. AS PLAINTIFF'S DAUGHTER SPENT 2-3 MONTHS IN TUTORING TRYING TO MEET STANDARDS WHILE LEARNING SECOND GRADE MATERIAL. THIS CAUSED STRESS FOR PLAINTIFF AND HER DAUGHTER. PLAINTIFF SPENT $2000 TRYING TO FIX NEGLIGENCE CAUSED BY DEFENDANT.

7. BY REASON OF THE FACTS AND CIRCUMSTANCES STATED ABOVE, DEFENDANT BREACHED THE CONTRACT AND WAS NEGLIGENT

8. BY REASON OF THE FACTS AND CIRCUMSTANCES STATED ABOVE, PLAINTIFF HAS BEEN DAMAGED BY DEFENDANT IN THE SUM OF $4,000,000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 08/27/2024 | _X. JP_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| KELLYANN | A. | MCKENZIE |
| First Name | Middle Initial | Last Name |

2 PINE STREET APT 3 #108
Street Address

| | | |
|---|---|---|
| HAMPSHIRE, HUNTINGTON | MA | 01050 |
| County, City | State | Zip Code |

| | |
|---|---|
| 413-291-3879 | KANMCKENZIE @ GMAIL.COM |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



**United States District Court
Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

MCKENZIE , KELLYANN A.
Name (Last, First, MI)                    APT. 3

2 PINE STREET    HUNTINGTON , MA    01050
Address          City              State        Zip Code

413-291-3879          KANMCKENZIE@GMAIL.COM
Telephone Number                      E-mail Address

08/27/2024                            X. _____
Date                                  Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007